■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS MOJICA, Also Known as MARCOS DIONESIO, Also Known as CARLOS DIONESIO, Appellant. [687 NYS2d 255] —Judgment, Supreme Court, New York County (Harold Tompkins, J., at plea; Antonio Brandveen, J., at sentence), rendered June 3, 1998, convicting defendant of criminal sale of a controlled substance in the third degree, and sentencing him to a term of 4 to 12 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence to a term of 2 to 6 years, and otherwise affirmed.

Under the circumstances presented, we find the sentence excessive to the extent indicated. We have considered and rejected defendant's other contentions. Concur—Nardelli, J. P., Tom, Lerner, Mazzarelli and Friedman, JJ.